UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JEREMY S. ANGELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-cv-00479-JAW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 28, 2011 his Recommended Decision (Docket # 23). The Plaintiff filed his objections to the Recommended Decision on October 17, 2011 (Docket # 23). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

  2. It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

SO ORDERED.

      <u>/s/ John A. Woodcock, Jr.</u>
      JOHN A. WOODCOCK, JR.
      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2011